UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-226 (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                              ) | **NOTICE OF APPEARANCE** |
| ) | |
| HAJI OSMAN SALAD, ET AL.,        ) | |
| ) | |
| Defendants.                     ) | |
| ) | |

Please add the following Assistant United States Attorney to the above-

captioned case:

Austin L. Bowyer

Dated: June 25, 2026                     Respectfully Submitted,

                                         DANIEL N. ROSEN
                                         United States Attorney

                              BY:    */s/Austin L. Bowyer*
                                     BY: AUSTIN L. BOWYER
                                     Assistant United States Attorney

1